# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>GARY MUSTARI,<br>　　　　　　Defendant. | Case No. 2:92-CR-00154-JAD-BNW-11<br><br>**ORDER OF DISMISSAL**<br><br>ECF No. 713 |

　　　This matter coming before the Court on the government's Motion for Leave to Dismiss pursuant to Federal Rule of Criminal Procedure 48(a), the Court having considered the premises therein and good cause showing, the Motion is GRANTED.

//

//

It is therefore ORDERED that the Indictment [ECF 1] and any outstanding warrant against the above-captioned defendant are DISMISSED.

Dated: February 17, 2022.

_____
THE HON. JENNIFER A. DORSEY
United States District Judge